| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MOSS, RANDOLPH D. | 2. Court or Organization<br><br>U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 3. Date of Report<br><br>08/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ✔ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE<br>333 CONSTITUTION AVENUE, NORTHWEST<br>WASHINGTON D.C. 20001 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | LIMITED PARTNER | S.C. FUNDAMENTAL PARTNERSHIP |
| 2. | ADVISOR | AMERICAN LAW INSTITUTE |
| 3. | TUTOR | J.O. WILSON ELEMENTARY SCHOOL |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | CREDIT CARD OUSTANDING BALANCE AS OF 12/31/2019 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   FIDELITY ▨ BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2.   - FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | J | T | | | | | |
| 3.   - FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5.   FIDELITY ▨ REVOCABLE TRUST ACCOUNT (H) | | | | | | | | | |
| 6. | | | | | | | | | |
| 7.   - FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | C | Interest | N | T | | | | | |
| 8.   - FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | K | T | | | | | |
| 9.   - VANGUARD INTERMEDIATE TERM TAX-EXEMPT FUND | E | Dividend | O | T | | | | | |
| 10.   - SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | E | Dividend | P1 | T | | | | | |
| 11.   - FIDELITY 500 INDEX FUND (FXAIX) | E | Dividend | O | T | | | | | |
| 12.   - FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | E | Dividend | P1 | T | | | | | |
| 13.   - SPDR TR UNIT SER 1 ETF | D | Dividend | O | T | | | | | |
| 14. | | | | | | | | | |
| 15.   FIDELITY ▨ REVOCABLE TRUST ACCOUNT (H) | | | | | | | | | |
| 16. | | | | | | | | | |
| 17.   - FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | B | Interest | | | Sold (part) | 02/27/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Sold (part) | 03/18/19 | O | | |
| 19. | - FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Sold | 05/22/19 | J | | |
| 20. | - FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | J | T | | | | | |
| 21. | - BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | E | Dividend | P1 | T | Buy (add'l) | 03/18/19 | O | | |
| 22. | - BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | | | | | Sold (part) | 09/03/19 | N | D | |
| 23. | - GOLDMAN SACHS DYNAMIC MUNICIPAL INCOME FUND | D | Dividend | O | T | Buy | 09/03/19 | O | | |
| 24. | - VANGUARD LIMITED TERM T/E FUND | A | Dividend | K | T | | | | | |
| 25. | - SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | D | Dividend | N | T | Sold (part) | 05/22/19 | J | | |
| 26. | - SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | | | | | Sold (part) | 08/30/19 | M | A | |
| 27. | - SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | | | | | Sold (part) | 09/24/19 | J | | |
| 28. | - EXXON MOBIL CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 29. | - FIDELITY CONTRAFUND | E | Dividend | O | T | | | | | |
| 30. | - FIDELITY LOW PRICED STOCK FUND | | None | | | Sold | 05/22/19 | O | | |
| 31. | - GLENMEDE LARGE CAP CORE INSTITUTIONAL FUND | E | Dividend | O | T | | | | | |
| 32. | - ISHARES RUSSELL 1000 VALUE ETF | D | Dividend | N | T | | | | | |
| 33. | - SPDR S&P 400 ETF | C | Dividend | N | T | | | | | |
| 34. | - VANGUARD 500 INDEX FUND | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSS, RANDOLPH D.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF | D | Dividend | O | T | Buy | 05/23/19 | O | | |
| 36. | | | | | | | | | |
| 37. FIDELITY IRA ROLLOVER #1 (H) | | | | | | | | | |
| 38. - FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 39. - FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | J | T | | | | | |
| 40. - FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | J | T | | | | | |
| 41. - ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 42. - FIDELITY LOW PRICED STOCK FUND | | None | | | Sold | 05/22/19 | J | | |
| 43. | | | | | | | | | |
| 44. FIDELITY IRA ROLLOVER #2 (H) | | | | | | | | | |
| 45. - FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 46. - FIDELITY MONEY MARKET PREMIUM (FZDXX) | C | Interest | N | T | Buy (add'l) | 06/19/19 | M | | |
| 47. - BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | C | Dividend | | | Sold | 03/18/19 | O | | |
| 48. - SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | E | Dividend | O | T | Buy (add'l) | 03/27/19 | O | | |
| 49. - FIDELITY 500 INDEX FUND (FXAIX) | D | Dividend | O | T | | | | | |
| 50. - FIDELITY CONTRAFUND | D | Dividend | M | T | | | | | |
| 51. - FIDELITY LOW PRICED STOCK FUND | | None | | | Sold | 05/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | D | Dividend | M | T | Sold (part) | 06/19/19 | M | E | |
| 53. - ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF | D | Dividend | N | T | Buy (add'l) | 05/23/19 | J | | |
| 54. - ISHARES RUSSELL 1000 VALUE ETF | C | Dividend | M | T | | | | | |
| 55. - ISHARES TR S&P MIDCAP 400 | B | Dividend | M | T | | | | | |
| 56. | | | | | | | | | |
| 57. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 58. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. UTAH 529 EDUCATIONAL SAVINGS PLAN AGE-BASED MODERATE | | None | L | T | | | | | |
| 60. 529 COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | | None | K | T | | | | | |
| 61. 529 COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | | None | K | T | | | | | |
| 62. CITIBANK CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 63. SC FUNDAMENTAL PARTNERSHIP | A | Int./Div. | J | U | | | | | |
| 64. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. VIRGINIA HOUSE, RAPPAHANNOCK COUNTY, VIRGINIA | D | Rent | O | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 60-61
The age based portfolios for these Maryland 529 Education Plans changed their name in mid 2019 from "Portfolio for College" to "Portfolio for Education Today".

Part VII, Line 66
This entry is a Virginia parcel of Real Property that had rental income in 2019. This property was not held for the production of income nor did it have rental income in 2018 and was not listed on the 2018 report per the Part VII instructions.

Part VII, Lines 59-61
Each of these entries is a non-self directed age based 529 Education plan. As instructed in a phone call with a Committee on Financial Disclosure representative held on 8/13/2021, I have disclosed the name of the age based plan in which funds are invested, the value of the account in Column C, and entered "NONE" in the Column B Income type category.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544